UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON DENISE JONES,

                Plaintiff,                    Case No. 2:15-cv-10171
                                            Judge David M. Lawson
v.                                         Magistrate Judge Anthony P. Patti

U.S. DEPARTMENT OF
EDUCATION, et al.,

                Defendants.
_____/

**ORDER GRANTING SEPTEMBER 14, 2015 MOTION (DE 15) FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT (DE 1)**

Sharon Denise Jones filed the instant lawsuit January 15, 2015.  (DE 1.)

Judge Lawson has referred this case to me for all pretrial matters.  (DE 4.)

Currently before the Court is Defendants U.S. Department of Education and Arne

Duncan's motion for extension of time to respond to complaint.  (DE 15.)

Having reviewed the motion and brief in support, and having found good

cause in accordance with Fed. R. Civ. P. 6(b)(1), Defendants USDE and Duncan's

motion for extension of time to respond to complaint (DE 15) is GRANTED.

These Defendants are permitted up to and including October 15, 2015 by which to

respond to Plaintiff's complaint.

**IT IS SO ORDERED.**

Dated: September 15, 2015         s/ Anthony P. Patti
                                          Anthony P. Patti
                                          UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 15, 2015, electronically and/or by U.S. Mail.

                                          s/ Michael Williams
                                        Case Manager for the
                                        Honorable Anthony P. Patti