UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON DENISE JONES,

        Plaintiff,                      Case No. 2:15-cv-10171
                                              Judge David M. Lawson
v.                                          Magistrate Judge Anthony P. Patti

UNITED STATES
DEPARTMENT OF
EDUCATION, *et al.*,

        Defendants.
_____/

### ORDER REGARDING PLAINTIFF'S MARCH 21, 2016 STATEMENT CHALLENGING COMPLETENESS OF ADMINISTRATIVE RECORD (DE 35)

Plaintiff has filed a statement challenging the completeness of the administrative record. (DE 35.) Having reviewed this statement, the Court is not convinced that discovery regarding the administrative record is necessary at this time. In the event that any of the Defendants files a Fed. R. Civ. P. 56 motion for summary judgment based upon the administrative record in accordance with the previously established deadline (*see* DE 34), then, after familiarizing herself with the substance of such motion(s), and, if appropriate and in strict compliance with Fed. R. Civ. P. 56(d) ("When Facts Are Unavailable to the Nonmovant."), Plaintiff may again avail herself of the opportunity to demonstrate to the Court that discovery would be necessary in order to respond. Any Defendant who files a

motion for summary judgment based upon the administrative record between now and April 11, 2016 will not be prohibited from filing a subsequent motion for summary judgment.  *See* E.D. Mich. 7.1(b)(2).

**IT IS SO ORDERED.**

Dated: March 31, 2016                             s/Anthony P. Patti
                                                                    Anthony P. Patti
                                                                    UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 31, 2016, electronically and/or by U.S. Mail.

                                                                    s/Michael Williams
                                                                    Case Manager to the
                                                                    Honorable Anthony P. Patti

motion for summary judgment based upon the administrative record between now and April 11, 2016 will not be prohibited from filing a subsequent motion for summary judgment.  *See* E.D. Mich. 7.1(b)(2).

**IT IS SO ORDERED.**

Dated: March 31, 2016                             s/Anthony P. Patti
                                                                  Anthony P. Patti
                                                                  UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 31, 2016, electronically and/or by U.S. Mail.

                                                                  s/Michael Williams
                                                                  Case Manager to the
                                                                  Honorable Anthony P. Patti